John W. Daly, Appellant, v. Paul F. Reineldt and Others, Respondents.— Motion to resettle and amend order granted to the extent of inserting a provision that the decision was made upon the facts as well as upon the law. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Ferdinand Hosch Company, Respondent, v. City of New York, Appellant.— Motion for leave to perfect appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Walter Follett, Respondent, v. City of New York, Appellant.— Motion for leave to perfect appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

In the Matter of the Judicial Settlement of the Accounts of Charles S. Collyer, as Administrator of Elizabeth Collyer, Deceased.— Motion to dismiss appeal denied, upon condition that the appellant pay ten dollars costs and perfect the appeal in time for argument at the next term of court; otherwise, motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Martha Oser, Agent of Adolph Oser, Respondent, v. Charles A. Herrmann, Appellant.— Motion to dismiss appeal granted. with costs. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

James Snyder, Appellant, v. Monroe Eckstein Brewing Company, Respondent. Gustav Penet and Others, Defendants.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

John W. H. Walden, Appellant, v. George W. Post, Jr., and John B. De Cue, as Sole Surviving Executor, etc.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

George H. Bonny, Respondent, v. Frederick C. Bonny, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

. Curtiss P. Byron, Respondent, v. Isaac Gingold, Appellant.— We think the plaintiff assumed the hazard of obtaining a loan upon terms satisfactory to defendant; he fails to show that he did this. The judgment of the Municipal Court must, therefore, be reversed and a new trial ordered, costs to abide the event. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

. Frank C. Coles, as Executor, etc., of Eliza Grove Dickerson, Deceased, Respondent, v. Charles G. A. Graburn, Appellant.— Judgment affirmed by default, with costs. Jenks, Hooker, Rich and Miller, JJ., concurred.

· George R. Crowley, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred.

Jens Peter Dyhr, Respondent, v. The Bush Company (Limited) and Scandinavian-American Line, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Rich and Miller, JJ., concurred; Jenks, J., dissented.

Emily C. Jennings, Respondent, v. Henry D. House and James Van Kirk, Defendants, Impleaded with Alonzo H. Knapp, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J.; Jenks and Rich, JJ., concurred; Woodward and Miller, JJ., dissented.

Charles E. Miller, Respondent, v. Clarence Vining. Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Edward H. Moran, Respondent, v. Walter L. Kent, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Michael Christianna, Appellant.— We think the evidence is insufficient to establish the guilt of the accused beyond a reasonable doubt. Judgment of conviction reversed. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Augustus Sachs, Appellant, v. George L. Rose, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller JJ.

Henry Sessler, Appellant, v. William R. H. Martin, Respondent.— We are of the opinion that the plaintiff had a right to put out and maintain signs upon the